UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: Douglas R. Quaine,

Case No. 08-62283
Chapter 13
Hon. Phillip J. Shefferly

Debtor.
_____/

## ORDER LIFTING AUTOMATIC STAY

**WHEREAS** Creditor, Wells Fargo Financial Michigan, Inc., successor by merger to Wells Fargo Financial Acceptance Michigan, Inc., its successors and assigns, having filed a Motion for Relief from the Automatic Stay and Notice and Opportunity for Hearing having been submitted and no objections having been filed hereto;

**IT IS HEREBY ORDERED** that the Stay afforded by 11 U.S.C. § 362 is lifted so as to permit Wells Fargo, its successors and assigns, to enforce its interest, retake possession and sell the 2002 GMC Sierra, VIN# 2GTEC19T421288841.

**IT IS HEREBY ORDERED** that any surplus funds resulting from the sale of the vehicle will be turned over to the Chapter 13 Trustee for the benefit of the estate.

**IT IS FURTHER ORDERED** that notwithstanding Rule 4001 (a)(3), Wells Fargo, its successors and assigns, may execute on its Order immediately. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Bankruptcy Code.