IN RE: Douglas R. Quaine,   Case No. 08-62283
   Chapter 13
   Hon. Phillip J. Shefferly

   Debtor.
_____/

## BRIEF IN SUPPORT OF WELLS FARGO'S MOTION FOR RELIEF FROM AUTOMATIC STAY

Creditor files its Motion for Relief from Automatic Stay pursuant to 11 U.S.C. § 362(d) and Local Bankruptcy Rule 4001-1.

Dated: September 2, 2009   /s/ Rose Marie Brook
   FABRIZIO & BROOK, P.C.
   ROSE MARIE BROOK (P57221)
   Attorney for Wells Fargo
   888 West Big Beaver Rd., Suite 800
   Troy, MI 48084
   (248) 362-2600
   bankruptcy@fabriziobrook.com